JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE HARPER,<br><br>                    Petitioner,<br><br>        v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>                    Respondent. | Case No. 2:19-cv-08166-FMO (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of MAURICE HARPER, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  May 11, 2020

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE